**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| In re: | ) |
| | )    Case No. 26-14108 |
| PRIORITY TOWING AND RECOVERY INC. | ) |
| | )    Chapter 11 |
| | ) |
| Debtor | ) |
| | ) |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002</u>**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant Fed.R.Bankr.P. 2002, Bradley T. Canter, Esq. and The Law Offices of Ronald S. Canter, LLC hereby enter their appearance on behalf of FinWise Bank, *as assignee of Beacon Funding Corporation* ("Creditor") in the above-captioned case related to its partially secured claim and requests that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, or otherwise relating to any issue which may be raised in the above captioned case be provided to:

Bradley T. Canter, Esq.
The Law Offices of Ronald S. Canter, LLC
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
301-424-7490
bcanter@roncanterllc.com

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Bradley T. Canter
Bradley T. Canter, Esquire (#18995)
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  bcanter@roncanterllc.com
*Attorney for Creditor FinWise Bank*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2026, a copy of the foregoing was served by the Court's CM/ECF system to the following:

Daniel A. Staeven, Esq.
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Daniel.staeven@frosttaxlaw.com
*Attorney for Debtor*

Jolene E. Wee, Esq.
447 Broadway, Suite 2nd Floor #502
New York, NY 10013
jwee@jy-infinity.com
*Trustee*

/s/ Bradley T. Canter
Bradley T. Canter, Esq.

2