Entered: July 23rd, 2026
Signed: July 22nd, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re:<br><br>PRIORITY TOWING AND RECOVERY INC,<br><br>    Debtor. | CASE NO. 26-14108-NVA<br><br>CHAPTER 11 (Subchapter V) |

**ORDER SETTING**
**(I) HEARING ON PLAN CONFIRMATION AND (II) DEADLINES FOR**
**(A) SUBMITTING ACCEPTANCES OR REJECTIONS OF THE PLAN &**
**(B) FILING WRITTEN OBJECTIONS TO THE PLAN,**
**COMBINED WITH NOTICE OF THE FOREGOING**

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code.  The Debtor has filed its Plan of Reorganization **[ECF No. 44]**.

The Court enters this *Order Setting (I) Hearing on Plan Confirmation and (II) Deadlines for (A) Submitting Acceptances or Rejections of the Plan and (B) Filing Written Objections to the Plan, Combined with Notice of the Foregoing* to facilitate the efficient administration of this case and to ensure adequate and proper notice to all affected parties.

The Court entered an Initial Scheduling Order in this case on **May 13, 2026**, and held a preliminary status conference on **July 1, 2026**.  Based on the record of the preliminary status conference and for good cause appearing, IT IS ORDERED:

1.    Confirmation Hearing. The Court shall hold an **IN-PERSON** hearing on confirmation of the Debtor's Plan of Reorganization on **September 18, 2026** at **2:00 p.m.**, in Courtroom 2A, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201.

2.    Service of Plan Documents.  On or before **August 7, 2026**, the Debtor shall serve a copy of this Order, the Debtor's plan of reorganization, and a ballot conforming to Official

Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). ***The Debtor's attorney shall thereafter promptly file a certificate of service with the Court***.

3. Plan Supplement. If applicable, the Debtor shall file and serve its Plan Supplement (as defined in the Plan) on or before **August 7, 2026**. ***The Debtor's attorney shall thereafter promptly file a certificate of service with the Court***.

4. Objections to Plan. **September 4, 2026** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). ***Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Order and the applicable rules***.

5. Voting on Plan. **September 4, 2026** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted such that they are **RECEIVED** by Debtor's attorney by **September 4, 2026**. If a ballot is received after this deadline, it is within the Debtor's discretion as to whether to include such ballot in its tally of ballots or as otherwise ordered by the Court. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401

6. Tally of Ballots. On or before **September 11, 2026**, the Debtor shall file and serve a tally of ballots.

cc:   Debtor
      Debtor's Counsel

**END OF ORDER**

2