UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Priority Towing and Recovery, Inc., | ) | Case No. 26-14108-NVA |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND DOCUMENTS**

Please take notice that, pursuant to Bankruptcy Rules 2002, 9007 and 9010, Emmit F. Kellar of the firm Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC is appearing on behalf of Regions Bank, successor by merger to Ascentium Capital LLC ("Regions"), a secured creditor and/or interested party in this case.  Undersigned counsel hereby requests the following:

1.      Receipt of Notices.  Undersigned counsel requests to be served with all documents filed with the court and all notices which the court and/or other parties are required to serve.  This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

2.      No Express or Implied Acceptance of Service.  This Notice of Appearance does not give express or implied consent by the undersigned or Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

3.    <u>No Waiver of Rights</u>.  This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Regions of the following:

a.    To have final orders in noncore matters entered only after *de novo* review by a United States District Judge;

b.    To trial by jury in any case or proceeding related to this case;

c.    To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or

d.    To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Regions is or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: August 4, 2026

Respectfully Submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ *Emmit F. Kellar*

Emmit F. Kellar (Fed. Bar No.: 20734)
100 Light Street, 34th Floor
Baltimore, Maryland 21202
Telephone: (410) 862-1368
Fax: (410) 547-0699
ekellar@bakerdonelson.com

*Attorney for Regions Bank, successor by merger to Ascentium Capital LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC certifies:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Notice of Appearance and Request for Service of Notices and Documents by depositing a copy thereof in the United States Mail, First Class, postage prepaid as follows:

Priority Towing and Recovery, Inc.
5305 Village Center Dr.
Columbia, MD 21044

Via electronic means through the court's CM/ECF service on:

Daniel Alan Saeven
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, MD 21401
Daniel.staeven@frosttaxlaw.com

Hugh M. Bernstien
Garmatz Federal Courthouse
Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov

Dated:  August 4, 2026          /s/ *Emmit F. Kellar*
                                     Emmit F. Kellar, Fed Bar No.: 20734