**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE)**

| | |
|---|---|
| **In re:**<br><br>**PRIORITY TOWING AND RECOVERY INC.,**<br><br>**Debtor.** | **Case No. 26-14108**<br><br>**Chapter 11** |
| **THE HUNTINGTON NATIONAL BANK,**<br><br>**Movant,**<br><br>**v.**<br><br>**PRIORITY TOWING AND RECOVERY INC.,**<br><br>**Respondent.** | |

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on The Huntington National Bank's Motion for Relief from the Automatic Stay (Dkt. No. 54) has been continued to October 8, 2026 at 2pm in Courtroom 2-A, United States Bankruptcy Court, 101 W. Lombard St., Baltimore, MD 21201.

Dated: September 3, 2026
Baltimore, Maryland

RESPECTFULLY SUBMITTED,

*/s/ Timothy R. VanCisin*

Timothy R. VanCisin (Bar No. 21538)
Email: Tim.VanCisin@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5800
Facsimile: (410) 545-5801

*Attorneys for The Huntington National Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2026, a copy of the *Notice of Continued Hearing* was served through the Court's CM/ECF system on all parties registered to receive noticing in this case:

- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Bradley T. Canter** bcanter@roncanterllc.com
- **Shanna Kaminski** skaminski@kaminskilawpllc.com
- **Emmit F Kellar** ekellar@bakerdonelson.com, jbedell@bakerdonelson.com
- **Amy K. Kline** akline@amyklinelaw.com, legal@amyklinelaw.com
- **Daniel Alan Staeven** daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com;amy.mckay@frosttaxlaw.com;UStern@jubileebk.net;angelica.rutherford@frosttaxlaw.com
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV
- **Jolene E. Wee** jwee@jw-infinity.com, cjew11@trustesolutions.net

And via first-class mail upon:

Priority Towing and Recovery Inc
5305 Village Center Dr
Columbia, MD 21044

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401

Jolene E. Wee
JW Infinity Consulting LLC
447 Broadway
Ste 2nd FL #502
New York, NY 10013

Hugh M. (UST) Bernstein
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

Shanna M. Kaminski
KAMINSKI LAW, PLLC
P.O. Box 247
Grass Lake, MI 49240

Bradley T. Canter, Esq.
The Law Offices of Ronald S. Canter, LLC
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850

Emmit F. Kellar
100 Light Street, 34th Floor
Baltimore, Maryland 21202

*/s/ Timothy R. VanCisin*
Timothy R. VanCisin (Bar No. 21538)